**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ERVIN SALES TEMAJ**                                                                          **PETITIONER**

**vs.**                                                                    **CIVIL ACTION NO.: 3:25-CV-616-HTW-LGI**

**WARDEN UNKOWN CHILDRESS and
UNITED STATES OF AMERICA**                                             **RESPONDENTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 15]**. In her Report and Recommendation, filed on May 27, 2026, Magistrate Judge Isaac recommended that the Petitioner's motion voluntarily to dismiss his habeas petition be granted.  Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 15]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** this the Petition for Writ of Habeas Corpus [Docket no. 1], filed by petitioner Ervin Sales Temaj hreby is **DISMISSED without PREJUDICE**.

**SO ORDERED** this the 26th day of June, 2026.

                                                         **/s/HENRY T. WINGATE**
                                                         **UNITED STATES DISTRICT COURT JUDGE**

1